94-70788
Detroit
Friedman
RECEIVED
JUN 2 6 2006
LEONARD GREEN, Clerk

01-72787
Detroit
Barnm

03-1489
03-1700

JUN 3 0 2006

LEONARD GREEN, Clerk
FILED
JUL 14 2006
CLERK'S OFFICE
DETROIT

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

June 19, 2006

United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re:   John A. Rapanos, et ux., et al.
      v. United States
      No. 04-1034
      (Your No. 03-1489)

Dear Clerk:

The enclosed opinion of this Court was announced today in the above stated case.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*William K. Suter*

William K. Suter, Clerk