UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. 94-CV-70788-BAF |
| v. ) | HON. BERNARD A. FRIEDMAN |
| JOHN A. RAPANOS, et al., ) | |
| Defendants. ) | |

STIPULATED ORDER APPROVING SAGINAW BASIN LAND CONSERVANCY

Pursuant to the United States' Motion for Approval of Saginaw Basin Land Conservancy, and for good cause shown, the Court approves the Saginaw Basin Land Conservancy, a Michigan non-profit corporation at 311 Fifth Street, P.O. Box 222, Bay City, Michigan, 48707, as the independent third party with conservation management experience to which Defendants shall transfer the mitigation project acreage in accordance with the Consent Decree entered March 18, 2009. A further order shall issue upon Dr. Gary Pierce's recommendation to the Court as to the amount of funds necessary to maintain the transferred wetlands in perpetuity.

STIPULATED BY THE PARTIES:

| | |
|---|---|
| /s/ Daniel R. Dertke | /s/ Kristi L. Kozubal |
| U.S. Department of Justice | Rapanos Investment Group |
| Environment & Natural Resources Division | General Counsel |
| Environmental Defense Section | 925 East Wheeler St. |
| P.O. Box 23986 | Midland, Michigan 48642 |
| Washington, D.C. 20026 | (989) 839-0541 |
| (202) 514-0994 | kristi@klklegal.com |
| Daniel.Dertke@usdoj.gov | |

IT IS SO ORDERED.

DATED:  May 5, 2010                                    s/Bernard A. Friedman
                                                       BERNARD A. FRIEDMAN
                                                       UNITED STATES DISTRICT JUDGE

_____

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 5, 2010.

                                                       s/Deborah J. Goltz
                                                       DEBORAH J. GOLTZ
                                                       Case Manager